THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DANIELS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYRON ROBINSON, Appellant.

Submitted November 15, 2004; decided November 18, 2004

Motion by New York State Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the ap-

peals herein granted. Twenty copies of a brief may be filed and three copies served within 30 days.